1042

[No. 45918-3-II. Division Two. July 7, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. SONJA ELAINE HUTCHENS, *Appellant*.

*Affirmed* by unpublished opinion per Maxa, J., concurred in by Worswick and Lee, JJ.

[No. 45961-2-II. Division Two. July 7, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. GLENN T. HANSEN, *Appellant*.

*Reversed* and *remanded with instructions* by unpublished opinion per Bjorgen, J., concurred in by Johanson, C.J., and Sutton, J.

[No. 46120-0-II. Division Two. July 7, 2015.]

LESTER RILEY ET AL., *Appellants*, v. DAVID VALAER ET AL., *Respondents*.

*Reversed* by unpublished opinion per Melnick, J., concurred in by Johanson, C.J., and Worswick, J.

[No. 46217-6-II. Division Two. July 7, 2015.]

*In the Matter of the Parenting and Support of* C.H.

AUTUMN L. CURTIS, *Respondent*, v. MARCUS S. HANSEN, *Appellant*.

*Reversed* by unpublished opinion per Melnick, J., concurred in by Johanson, C.J., and Worswick, J.